IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES D. HORTON III,
ADC #655091                                                                                    PLAINTIFF

V.                       CASE NO. 4:17-CV-759-KGB-BD

BRITTNEY N. SPIRES, et al.                                                              DEFENDANTS

## RECOMMENDED DISPOSITION

### I.  Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.  Discussion

James D. Horton, III, an Arkansas Department of Correction inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Because Mr. Horton failed to submit either a complete *in forma pauperis* (IFP) application or the statutory filing fee, he was ordered to do one or the other within thirty days of November 20, 2017. (#4) The Court specifically cautioned Mr. Horton that his

claims could be dismissed, without prejudice, if he failed to address the filing fee requirement.

As of this date, Mr. Horton has not submitted an IFP application or paid the filing fee, as ordered, and the time for complying with the Court's order has expired.

### III. Conclusion

The Court recommends that Mr. Horton's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 20, 2017 order and his failure to prosecute this lawsuit.

DATED this 3rd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE