# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES D. HORTON, III,**
**ADC #655091**                                                                 **PLAINTIFF**

v.                          Case No. 4:17-cv-759 KGB/BD

**BRITTNEY N. SPIRES,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Beth Deere (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 5). This action is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this the 18th day of May, 2018.

_____
Kristine G. Baker
United States District Court Judge